# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CARNELL HUNNICUTT,

        Plaintiff,

v.

        No. 2:18-cv-00667-JB-KRS

DESTINEE MOORE; RAYMOND
SMITH; GEO; LCCF; M VALERIANO;
STACEY BEAIRD; KATHERINE BROODIE;
P VALDEZ; and GERMAN FRANCO,

        Defendants.

## ORDER DENYING PLAINTIFF'S MOTION
## FOR AN EXTENSION OF TIME

**THIS MATTER** comes before on Plaintiff's motion for an extension of time to file a response to Defendants' motion for summary judgment. (Doc. 29). Plaintiff, however, has already submitted a response to Defendants' motion, a memorandum in support, and a declaration. (Docs. 25-27). In addition, Plaintiff has sought relief under Federal Rule of Civil Procedure 56(d) asking the Court to delay adjudication of Defendants' motion for summary judgment. (Doc. 20). Since Plaintiff has already filed his response, the matter is moot. To the extent Plaintiff wishes to file a permissive surreply and moves the Court for leave to do so, he has not identified any reason for filing one.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for an extension of time (Doc. 29) is **DENIED**.

                                        _____
                                        KEVIN SWEAZEA
                                        UNITED STATES MAGISTRATE JUDGE