IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARNELL HUNNICUTT,

        Plaintiff,

                                                                                                    2:18-cv-00667-JB-KRS

v.

DESTINEE MOORE; RAYMOND SMITH;
GEO CORP; LCCF; M. VALERIANO;
STACEY BEAIRD; KATHERINE BRODIE;
P. VALDEZ; T. FOSTER; and GERMAN
FRANCO,

        Defendants.

## ORDER DIRECTING THE SUBMISSION OF ADDRESSES

**THIS MATTER** comes before the Court on Plaintiff's civil rights complaint and following a *sua sponte* review of the record. Since removal and screening under 28 U.S.C. § 1915A, Defendants Destinee Moore, Raymond Smith, and Lea County Correctional Facility ("LCCF"), have not appeared in this matter or been served. It appears Defendants Moore and Smith may no longer work at LCCF. To move this case forward and ensure these Defendants are notified by the Clerk of Court and permitted to accept service of process before the Court orders the U.S. Marshal to serve them, the Court will direct counsel for the GEO Defendants to submit to the Court the last known addresses of Defendants Moore and Smith. Moreover, while LCCF's information is public, there may be a preferred address for official mail. Any preference in this regard should be provided to the Court.

**IT IS, THEREFORE, ORDERED** that on or before **October 4, 2019**, counsel for the GEO Defendants submit the information requested above to the Court's proposed text email

address, sweazeaproposedtext@nmd.uscourts.gov., with copies to the parties and by mail to Plaintiff.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE