IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARNELL HUNNICUTT,

        Plaintiff,

                                                                         No. 2:18-cv-00667-JB-KRS

v.

DESTINEE MOORE, *et al.*,

        Defendants.

## ORDER DIRECTING SERVICE OF PROCESS AND GRANTING MOTION FOR LIMITED ENTRY OF APPEARANCE

**THIS MATTER** comes before the Court following receipt of certain Defendants' last known addresses as well as counsel for Defendant German Franco's motion for a limited entry of appearance to file a *Martinez* report since Mr. Franco has not yet been served. In order to move this case forward as expeditiously as possible, the Court will order the United States Marshal to serve the Defendants listed below. The Court will also allow the limited entry of appearance, direct Mr. Franco to file the *Martinez* report attached to his attorney's motion, and further order the United States Marshal to serve Mr. Franco and the New Mexico Attorney General because of Mr. Franco's status as an officer of the State.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall issue Summons for, and the United States Marshal shall serve a copy of the Summons and Complaint personally on, the following individuals and/or entities:

1. R.C. Smith, former Warden of the Lea County Correctional Facility
   c/o Lawton Correctional Facility, 8607 South East Flower Mound Road, Lawton, OK 73501;

2. Destinee Moore
   1512 W. Princess Jeanne, Hobbs, NM 88240;

3. Lea County Correctional Facility ("LCCF")
   6900 W. Millen Dr., Hobbs, NM 88240;

4. German Franco, Deputy Director of Adult Prisons
   New Mexico Department of Corrections, 4337 NM 14, Santa Fe NM 87508; and

5. New Mexico Attorney General
   408 Galisteo Street, Villagra Building, Santa Fe, NM 87501

**IT IS FURTHER ORDERED** that counsel for German Franco' motion for limited entry of appearance (Doc. 41) is **GRANTED**. Counsel shall file the *Martinez* report attached to the motion for limited entry as separate docket entry.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE